# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  James A Zimmer | ) | Chapter 13 |
|  | ) | Case No. 19 B 26350 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

James A Zimmer  
1101 Oakton St.  
Evanston, IL 60202

Debtor Attorney: Cutler & Associates Ltd  
via Clerk's ECF noticing procedures

On December 11, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 613  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, November 16, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 09/18/2019.

2. The debtor has failed to amend the plan to provide a general unsecured creditor dividend of 100% plus interest as required by his equity in real estate.

3. The debtor has failed to amend schedule I to correctly list his income.

4. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE